EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Medidas Especiales en torno al Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico ante la situación de emergencia ocasionada por el COVID-19 | 2020 TSPR 51<br><br>204 DPR \_\_\_\_\_ |

Número del Caso: ER-2020-05

Fecha: 26 de junio de 2020

Materia: Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Medidas Especiales en torno al Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico ante la situación de emergencia ocasionada por el COVID-19

ER-2020-05

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de junio de 2020.

Ante la situación de emergencia ocasionada por el COVID-19, y en virtud de la facultad de este Tribunal para reglamentar la profesión legal, se provee para la aplicación de las siguientes medidas especiales en torno al Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico (Reglamento).

Toda exención concedida bajo el Reglamento con vigencia hasta el 30 de junio de 2020 se extenderá hasta el 31 de diciembre de 2020. Para que se reconozca dicha extensión, no será necesario presentar una declaración anual dentro del plazo establecido en la Regla 7(C) del Reglamento. Sin embargo, quienes interesen que la exención continúe vigente durante el remanente del año fiscal —a saber, desde el 1 de enero de 2021 hasta el 30 de junio 2021— deberán presentar una declaración especial no más tarde del 30 de enero de 2021.

A su vez, se resuelve extender hasta el 31 de diciembre de 2020 el periodo para completar las treinta (30) horas de servicio *pro bono* para aquellos abogados y abogadas que interesen solicitar o mantener la exención bajo la Regla 7(b)(1) del Reglamento durante el año fiscal que culmina el

30 de junio de 2021. A tales fines, los y las profesionales del derecho deberán acreditar que rindieron la totalidad de las horas *pro bono* requeridas por la Regla 7(b)(1) del Reglamento a más tardar el 31 de diciembre de 2020, para lo cual podrán contabilizar las horas rendidas hasta el presente. La correspondiente declaración especial para acreditar lo anterior podrá presentarse en cualquier momento tras completarse las horas, pero no más tarde del 30 de enero de 2021.

Nada de lo aquí dispuesto exime a los abogados y abogadas de su obligación de informar de cualquier cambio en sus circunstancias profesionales, conforme al Reglamento.

Con el propósito de considerar si resulta necesario tomar medidas especiales adicionales en cuanto a este asunto, se le concede un término de noventa (90) días a los miembros de la *Comisión Permanente para la Evaluación del Sistema de Oficio* para que sometan sus comentarios individuales, si algunos, ante el Presidente de la Comisión, el Director Administrativo de los Tribunales, quien comunicará sus hallazgos a la Jueza Presidenta de este Tribunal.

Notifíquese al Director Administrativo de los Tribunales y a los miembros de la referida Comisión.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo